B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wyka L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Edison Graphics; DBA Edison Press** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-4219443** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1515 S. Mount Prospect Road**<br>**Des Plaines, IL**<br><div align="right">ZIP Code **60018**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)                                                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Wyka L.L.C.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)          (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                           Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Wyka L.L.C.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
   Signature of Debtor

**X** _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Richard N. Golding**
_____
Signature of Attorney for Debtor(s)

**Richard N. Golding 0992100**
Printed Name of Attorney for Debtor(s)

**Law Offices of Richard N. Golding, PC**
Firm Name

**500 North Dearborn Street**
**Second Floor**
**Chicago, IL 60610-4900**
Address

**Email: RGOLDING@GOLDINGLAW.NET**
**(312) 832-7885  Fax: (312) 755-5720**
Telephone Number

**May 19, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Larae J. Breitenstein**
_____
Signature of Authorized Individual

**Larae J. Breitenstein**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 19, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Wyka L.L.C.**

                                  Debtor(s)

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Arlyne Wyka & Frank Wyka**<br>**4509 N. Orange Ave.**<br>**Norridge, IL 60706** | **Arlyne Wyka & Frank Wyka**<br>**4509 N. Orange Ave.**<br>**Norridge, IL 60706** | **working capital loan** | | **49,500.00** |
| **Butler Products Corp.**<br>**1550 N. Northwest Hwy**<br>**Suite 108-D**<br>**Park Ridge, IL 60068** | **Butler Products Corp.**<br>**1550 N. Northwest Hwy**<br>**Suite 108-D**<br>**Park Ridge, IL 60068** | **lease of real estate** | | **10,633.83** |
| **Case Paper Co. Inc.**<br>**900 W. 45TH STREET**<br>**Chicago, IL 60609** | **Case Paper Co. Inc.**<br>**900 W. 45TH STREET**<br>**Chicago, IL 60609** | **Trade debt** | | **14,576.57** |
| **Countrywide Paper Inc.**<br>**10955 Ashton Lane**<br>**Orland Park, IL 60467** | **Countrywide Paper Inc.**<br>**10955 Ashton Lane**<br>**Orland Park, IL 60467** | **Trade debt** | | **26,542.40** |
| **Eagle Ridge Paper Ltd.**<br>**Chinatrust Commercial Bank**<br>**366 Madison Ave., 3rd Floor**<br>**New York, NY 10017** | **Eagle Ridge Paper Ltd.**<br>**Chinatrust Commercial Bank**<br>**366 Madison Ave., 3rd Floor**<br>**New York, NY 10017** | **Trade debt** | | **8,588.09** |
| **First Midwest Bank**<br>**8501 W. Higgins Rd, Ste. 230**<br>**Chicago, IL 60631** | **First Midwest Bank**<br>**8501 W. Higgins Rd, Ste. 230**<br>**Chicago, IL 60631** | **As of 4/30/2011** | | **270,000.00**<br><br>**(228,737.00 secured)** |
| **FUJIFILM North America Corp.**<br>**Dept. CH 10764**<br>**Palatine, IL 60055-0764** | **FUJIFILM North America Corp.**<br>**Dept. CH 10764**<br>**Palatine, IL 60055-0764** | **Trade debt** | | **44,651.85** |
| **Grafsolve Company**<br>**PO Box 1185**<br>**Northbrook, IL 60065-1185** | **Grafsolve Company**<br>**PO Box 1185**<br>**Northbrook, IL 60065-1185** | **Trade debt** | | **5,785.02** |
| **Horwood Marcus & Berk Chartered**<br>**500 W. Madison Street**<br>**Suite 3700**<br>**Chicago, IL 60661** | **Horwood Marcus & Berk Chartered**<br>**500 W. Madison Street**<br>**Suite 3700**<br>**Chicago, IL 60661** | **Professional Fees** | | **12,696.59** |
| **Illinois Dept. Employment Security**<br>**PO Box 803412**<br>**Chicago, IL 60680-3412** | **Illinois Dept. Employment Security**<br>**PO Box 803412**<br>**Chicago, IL 60680-3412** | **940 and 941 taxes** | | **13,197.49** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Wyka L.L.C.**                                                    Case No. _____
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ken Wyka**<br>**1249 Diane Lane**<br>**Elk Grove Village, IL 60007** | **Ken Wyka**<br>**1249 Diane Lane**<br>**Elk Grove Village, IL 60007** | **working capital loan** | | **100,315.00** |
| **Larae J. Breitenstein**<br>**1582 W. North St.**<br>**Palatine, IL 60067** | **Larae J. Breitenstein**<br>**1582 W. North St.**<br>**Palatine, IL 60067** | **working capital loan, paid Suppliers Direct on behalf of Edison** | | **287,298.00** |
| **Maxwell Express, Inc.**<br>**P.O. Box 318**<br>**Medinah, IL 60157** | **Maxwell Express, Inc.**<br>**P.O. Box 318**<br>**Medinah, IL 60157** | **Trade debt** | | **29,935.98** |
| **People's Capital & Leasing Corp.**<br>**255 Bank St., 4th Flr.**<br>**Waterbury, CT 06702** | **People's Capital & Leasing Corp.**<br>**255 Bank St., 4th Flr.**<br>**Waterbury, CT 06702** | **1998 MBO T65 - 4/4/4 folder**<br>**1980 Harris 56Z saddle binder**<br>**2007 Mimaki JV33-160**<br>**2007 Titan 64" laminator**<br>**2007 Mimaki plotter**<br>**2007 server** | | **39,963.00**<br><br>**(23,150.00 secured)** |
| **Precision Ink Corp**<br>**151 Stanley Street**<br>**Elk Grove Village, IL 60007** | **Precision Ink Corp**<br>**151 Stanley Street**<br>**Elk Grove Village, IL 60007** | **Trade debt** | | **10,455.48** |
| **Rich Wyka**<br>**685 Cutler Lane**<br>**Elk Grove Village, IL 60007** | **Rich Wyka**<br>**685 Cutler Lane**<br>**Elk Grove Village, IL 60007** | **working capital loan** | | **59,156.00** |
| **Sam's Club Discover**<br>**P.O. BOX 960016**<br>**Orlando, FL 32896-0016** | **Sam's Club Discover**<br>**P.O. BOX 960016**<br>**Orlando, FL 32896-0016** | **Credit card** | | **16,422.44** |
| **Schiele Graphics**<br>**1880 Busse Road**<br>**Elk Grove Village, IL 60007** | **Schiele Graphics**<br>**1880 Busse Road**<br>**Elk Grove Village, IL 60007** | **Trade debt** | | **6,200.00** |
| **Unisource**<br>**7472 Collection Center Drive**<br>**Chicago, IL 60693** | **Unisource**<br>**7472 Collection Center Drive**<br>**Chicago, IL 60693** | **Trade debt** | | **25,268.33** |
| **Xerox Corporation**<br>**P.O. Box 802555**<br>**Chicago, IL 60680-2555** | **Xerox Corporation**<br>**P.O. Box 802555**<br>**Chicago, IL 60680-2555** | **Equipment Lease** | | **14,277.38** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Wyka L.L.C.**                                                      Case No.  _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 19, 2011**                              Signature    **/s/ Larae J. Breitenstein**

**Larae J. Breitenstein**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Wyka L.L.C.**                                          ,    Case No. _____

Debtor

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 17 | 1,076,910.53 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 3,043,296.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 13,197.49 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 777,220.19 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 38 | | | |
| Total Assets | | | 1,076,910.53 | | |
| Total Liabilities | | | | 3,833,713.68 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Wyka L.L.C.** _____,    Case No. _____

Debtor

Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Wyka L.L.C.**                                             ,          Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

  __0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Wyka L.L.C.** ,    Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Midwest Bank 8501 W.Higgins Rd., Ste. 230, Chicago, IL 60631** | - | **Unknown** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **2 months rent security deposit with landlord 1550 NW Hwy Ste 108-D, Park Ridge, IL 60068** | - | 14,940.67 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **14,940.67**
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re  **Wyka L.L.C.**
_____ ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | | **As of 4/30/2011** | - | 228,737.00 |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    228,737.00
(Total of this page)

Sheet __1__ of __3__  continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re   **Wyka L.L.C.** _____,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Location: 1515 S. Mount Prospect Road, Des Plaines IL 60018 see attached list** | - | 7,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Location: 1515 S. Mount Prospect Road, Des Plaines IL 60018 see attached list** | - | 759,270.00 |
| | | **Xerox 4595 B&W**<br>**Location: 1515 S. Mount Prospect Road, Des Plaines IL 60018** | - | Unknown |
| | | **Xerox 7000AP Digital Press**<br>**Location: 1515 S. Mount Prospect Road, Des Plaines IL 60018** | - | Unknown |
| | | **2007 Mitsubishi Press**<br>**Location: 1515 S. Mount Prospect Road, Des Plaines IL 60018** | - | Unknown |
| | | **1998 MBO T65 - 4/4/4 folder**<br>**1980 Harris 56Z saddle binder**<br>**2007 Mimaki JV33-160**<br>**2007 Titan 64" laminator**<br>**2007 Mimaki plotter**<br>**2007 server**<br>**Location: 1515 S. Mount Prospect Road, Des Plaines IL 60018** | - | Unknown |

Sub-Total >    766,770.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Wyka L.L.C.**_____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | **Location: 1515 S. Mount Prospect Road, Des Plaines IL 60018 see attached list** | - | **66,462.86** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >        **66,462.86**
(Total of this page)

Total >        **1,076,910.53**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

*5 Rooms*
*711 Misc office*
*$ 7500 value*

# Front Office

### 1. Desks

| | | |
|---|---|---|
| i. | CEO | 1 |
| ii. | VP | 1 |
| iii. | Manager | 1 |
| iv. | Sales Office | 1 |
| v. | Extra | 1 |

**TOTAL** **5**

### 2. Phones

| | | |
|---|---|---|
| i. | CEO | 1 |
| ii. | VP | 1 |
| iii. | Manager | 2 |
| iv. | Sales | 1 |
| v. | Conference Room | 1 |

**TOTAL** **6**

### 3. Tables

| | | |
|---|---|---|
| i. | VP | 1 |
| ii. | Manager | 1 |
| iii. | Sales Office | 1 |
| iv. | Conference Room | 2 |
| v. | Xerox Production | 1 |
| vi. | Paper Room | 1 |
| vii. | Production Room | 2 |

**TOTAL** **9**

### 4. Fax Machine

| | | |
|---|---|---|
| i. | VP | 1 |

**TOTAL** **1**

## 5. Table Top Printers

|      |              |   |
|------|--------------|---|
| i.   | CEO          | 1 |
| ii.  | VP           | 1 |
| iii. | Manager      | 1 |
| iv.  | Sales Office | 1 |

**TOTAL** — **4**

## 6. Computers

|      |              |   |
|------|--------------|---|
| i.   | CEO          | 1 |
| ii.  | VP           | 1 |
| iii. | Manager      | 1 |
| iv.  | Sales Office | 1 |

**TOTAL** — **4**

## 7. File Cabinets

|      |              |   |
|------|--------------|---|
| i.   | VP           | 1 |
| ii.  | Manager      | 2 |
| iii. | Sales Office | 1 |
| iv.  | Extra        | 1 |

**TOTAL** — **5**

## 8. Book Shelves

|      |                 |   |
|------|-----------------|---|
| i.   | CEO             | 1 |
| ii.  | VP              | 1 |
| iii. | Production Room | 2 |

**TOTAL** — **4**

## 9. Chairs

|       |                  |   |
|-------|------------------|---|
| i.    | CEO              | 2 |
| ii.   | VP               | 2 |
| iii.  | Manager          | 1 |
| iv.   | Sales Office     | 3 |
| v.    | Xerox Production | 1 |
| vi.   | Waiting Area     | 2 |
| vii.  | Conference Room  | 6 |
| viii. | Extra            | 1 |

**TOTAL** — **18**

*10. Viewing Booth*

        i.  Conference Room            1

**TOTAL** _____ **1**

# Plate Room

### 1. Tables
        i.  Production                                       2

**TOTAL** _____ **2**

### 2. Computers
        i.  Production                                       1

**TOTAL** _____ *Goes under production equipment* **1**

### 3. File Cabinets
        i.  Production                                       2

**TOTAL** _____ **2**

### 4. Book Shelf
        i.  Production                                       1

**TOTAL** _____ **1**

### 5. Chairs
        i.  Production                                       3

**TOTAL** _____ **3**

### 6. Light Tables
        i.  Production                                       1

**TOTAL** _____ **1**

# **Wide- Format**

*1. Desks*
　　　　i.  Production　　　　　　　　　　　　　　　2

**TOTAL** _____ **2**

*2. Phones*
　　　　i.  Production　　　　　　　　　　　　　　　1

**TOTAL** _____ **1**

*3. Computers*
　　　　i.  Production　　　　　　　　　　　　　　　1

**TOTAL** _____ *Goes under production equipment* **1**

*4. Wall Shelves*
　　　　i.  Production　　　　　　　　　　　　　　　3

**TOTAL** _____ **3**

*5. Chairs*
　　　　i.  Production　　　　　　　　　　　　　　　1

**TOTAL** _____ **1**

# Pre-Press Office

### 1. Desks

|     |                        |     |
| --- | ---------------------- | --- |
| i.  | Pre-press technician 1 | 1   |
| ii. | Pre-press technician 2 | 1   |
| iii.| Production Manager     | 1   |

**TOTAL**     **3**

### 2. Phones

|     |                        |     |
| --- | ---------------------- | --- |
| i.  | Pre-press technician 1 | 1   |
| ii. | Pre-press technician 2 | 1   |

**TOTAL**     **2**

### 3. Tables

|     |                        |     |
| --- | ---------------------- | --- |
| i.  | Pre-press technician 2 | 1   |
| ii. | Extra                  | 2   |

**TOTAL**     **3**

### 4. Computers

|     |                        |     |
| --- | ---------------------- | --- |
| i.  | Pre-press technician 2 | 1   |
| ii. | Extra                  | 2   |

**TOTAL** *Goes under production equipment* **3**

### 5. File Cabinets

|     |                        |     |
| --- | ---------------------- | --- |
| i.  | Pre-press technician 1 | 1   |
| ii. | Pre-press technician 2 | 1   |
| iii.| Extra                  | 1   |

**TOTAL**     **3**

### 6. Wall Shelves

|     |                        |     |
| --- | ---------------------- | --- |
| i.  | Pre-press technician 1 | 4   |
| ii. | Production Manager     | 4   |

**TOTAL**     **8**

## 7. *Chairs*

| | | |
|---|---|---:|
| i. | Pre-press technician 1 | 2 |
| ii. | Pre-press technician 2 | 2 |
| iii. | Production Manager | 1 |
| iv. | Extra | 1 |

**TOTAL** — **6**

## 8. *Light Tables*

| | | |
|---|---|---:|
| i. | Pre-press technician 1 | 1 |
| ii. | Pre-press technician 2 | 1 |

**TOTAL** — **2**

# <u>Press Room</u>

### *1. Desks*

|                        |     |
|------------------------|-----|
| i.  Front of press room | 1   |
| ii. Back of press room  | 1   |

**TOTAL** _____ **2**

### *2. Phones*

|                        |     |
|------------------------|-----|
| i.  Front of press room | 1   |
| ii. Back of press room  | 1   |

**TOTAL** _____ **2**

### *3. File Cabinets*

|                        |     |
|------------------------|-----|
| i.  Front of press room | 1   |
| ii. Back of press room  | 1   |

**TOTAL** _____ **2**

### *4. Viewing Booth*

|                        |     |
|------------------------|-----|
| i.  Back of press room  | 1   |

**TOTAL** _____ **1**

## WYKA LLC, d/b/a Edison Graphics
### Machinery, fixtures, etc. for business

**Prepress**

| | | |
|---|---|---|
| (3) Mac Computers | $ 2,250 | |
| (1) PC | $ 500 | |
| (1) Fuji Javelin 8600S Thermal CTP Device & FHL 85Z Extreme Plate Processor | $ 45,000 | Researched what comparables are selling for. |
| (1) Epson Stylus Pro 9900 Inkjet Proofing Device calibrated for G7 with ORIS Color Tuner | $ 6,000 | |
| (1) Epson 9800 & (1) Epson 9600 Proofing Device | $ 500 | |
| (2) Light Tables | $ 150 | |

**Press Room**

| | | |
|---|---|---|
| Year 2007 Mitsubishi Diamond Series 6 Color w/Coater | $ 600,000 | Researched what comparables are selling for. |
| TP104 Miller 2 Color Perfector Press | $ 10,000 | Same Price as we bought it for 1 yr ago. |
| Wohlenberg 45" fully Programmable Cutter | $ 5,000 | |
| Polar EM 21.5" programmable cutter | $ 2,500 | |
| MBO T65- 4/4/4 Folder Capable of taking 28x40" sheet w/ (2) 90 degree angles | $ 17,000 | |
| MBO B123- 1/23/4 Folder  Capable of taking a 23x35" sheet | $ 6,000 | |
| Macey Saddle Stitcher - 6 pockets plus a cover feeder | $ 5,000 | |
| Challenge E-3A Drill | $ 2,000 | |
| Shrink Wrapper & Tunnel | $ 500 | |
| (5) Pallet Jacks & (2) Scissor pallet jacks | $ 450 | |
| (3) Powered Hand Forklifts | $ 4,500 | |

**Digital & Wide Format**

| | | |
|---|---|---|
| Year 2007 Xerox 7000AP | $ 42,270 | Researched what comparables are selling for. |
| Year 2007 Mimaki JV33-160 w/ Xrite Eye-One Device | $ 5,000 | |
| Mimaki 60" cutting plotter | $ 2,500 | |
| GBC 63" ProTrim | $ 150 | |
| GBC Titan 64" Hot/Cold Roll Laminator | $ 2,000 | |
| TOTAL ESTIMATED RESELL VALUE | $ 759,270 | |

**Press Room**

| | | |
|---|---|---|
| Year 2008 Mitsubishi Diamond Series 6 Color w/ Coater | $   - | Zero Value |

Sitting on our floor, but is not working as warranted since day one.  Been asking Mitsubishi
to fix, replace or take it off our floor for the past 2.25 years.

Welcome to Alibaba.com, Join Free | Sign In

Buy    Sell    Community    **My Alibaba**    My Favorites    Help

**Products**    Suppliers    Buyers

price on a used xerox 7000P

Search Products

Advanced Search

There are 0 Fully refurbished XEROX DC 7000/8000 from 0 suppliers on Alibaba.com

Related Searches:  Fully refurbished XEROX DC 7000/8000,  Wholesale Fully refurbished XEROX DC 7000/8000

Home > Products > Machinery > Printing Machinery (178832)

Language Options    ▼

## Fully refurbished XEROX DC 7000/8000

FOB Price:  EUR 27,000 - 29,000 / Unit
Get Latest Price
Minimum Order Quantity:  1 Unit/Units
Supply Ability:  2 Unit/Units per Month
Payment Terms:  L/C, T/T, Western Union

Mr. Robert Seyerlehner
Offline

☑ Contact Supplier
Send a Message to this Supplier

**Supplier Details**

TRC trade.rent.consulting GmbH
[ Austria ]
Business Type:
Manufacturer, Trading Company, Distributor/Wholesaler
Contact Details

Online Showroom: 11 Products
Other Similar Products from this Supplier
View this Supplier's Website

Submit a report

See larger image. Fully refurbished XEROX
DC 7000/8000

Add to My Favorites

1 EUR = 1.4576 dollar

39,355.⁰⁰ — 42,270.⁰⁰

Product Details    Company Profile

### Quick Details

Condition:  Used
Year:  2008

Make:  XEROX
Place of Origin:  Austria

Model Number:  DC 7000/8000

### Packaging & Delivery

Packaging Detail:  Seaworthy packing on pallets, wrapped in clingfilm and protection against impact.
Delivery Detail  depending on order size

### Specifications

We happily offer ex stock:
Fully refurbished XEROX DC 7000/8000 printers

We happily offer ex stock:
Fully refurbished XEROX DC 7000 and DC 8000 color printers!

All our DC 7000s and DC 8000s are fully refurbished with counters around 1-2 mio. copies!!

- RIP options: CREO CX8000 or FIERY EX8000

- Price:
  - DC 7000 incl. RIP: 27,000 EUROs
  - DC 8000 incl. RIP: 29,000 EUROs

All prices are based on EXW Austria Incoterms 2000.

Prices do not include transport! The machines will be packed properly for transport! | | We will be very happy to receive your inquiry!

Send your message to this supplier
From:
To:

# PRINT INDUSTRY FORUM

🔍 **Search**  📇 Recent Topics  📋 Member Listing  📑 Back to home page  ☑ Register /  🔲 Login

**Sharp Copiers-Wholesale** ✈ Huge Discounts on all Sharp units AR 208d to M3100n Call 888-794-2679 www.digitalsy

**Business Card Printing** Fast UV Coating Thermography Chicago Business Cards Tomorrow www.teamconceptprinting.com

**Online Printing** Save Time & Money With Low Prices Instant Proofs & 1 Day Printing www.printplace.com

Ads by Google

## Fuji Javelin 8600 for sale

### Forum Index -> Prepress



| Author | Message |
|---|---|
| 🗋 08/03/2011 08:01:50 | **Subject:** Fuji Javelin 8600 for sale |
| **terrymcv** | Fuji Javelin 8600Z for sale |
| | 2006 Fuji Javelin 8600Z 8-Up Thermal CTP |
| Joined: 01/02/2007 04:11:37 | |
| Messages: 317 | w/ BU-800 Vacuum |
| Location: Road runner | |
| Offline | Located St Louis MO. USA |
| | $40,000 |
| | Terry Mc Vittie |
| | 813-949-7397 PH |
| | 813-949-1191 FAX |
| | terry2@tampabay.rr.com |

✉ email  ➕ SHARE  ▮ ⮭ ⊡ ▫

### Forum Index -> Prepress

Go to:   Select a forum        Go

© 2007-2011 Globalmediapro, Ltd. - Contacts Globalmediapro does not take responsibility for the content of the messages published in the Forum.

4/25/2011 2:44 PM

## ALL OTHER INVENTORY

### PLATES

| | Price/Pack | # of Packs | |
|---|---|---|---|
| Fuji 56045045 LHPJ Plates 800x1030 ST 0.30  Pack of 30 | $  357.56 | 7.00 | $  2,502.92 |

### COATING

| | Price/ Drum | # of Drums | |
|---|---|---|---|
| 1581D - Gloss Low Curl Fast Set (480lb) Drum | $  519.53 | - | $  - |
| 1385D - General Purpose Work & Turn (480lb) Drum | $  450.72 | 5.50 | $  2,478.96 |
| 1428C - Semi Gloss Work & Turn (480lb) Drum | $  519.43 | - | $  - |
| Satin Coating (480lb) Drum | $  450.72 | 4.00 | $  1,802.88 |
| Soft Touch Coating | $  450.72 | 0.50 | $  225.36 |

### INKS- PROCESS

| | Price per can | # of cans | |
|---|---|---|---|
| Vanson VS3 - Process Black 5.5lb | 40 | $  19.95 | $  798.00 |
| Vanson VS3 - Process Cyan 5.5lb | 64 | $  24.72 | $  1,582.08 |
| Vanson VS3 - Process Yellow 5.5lb | 96 | $  22.88 | $  2,196.48 |
| Vanson VS5 - Process Magenta 5.5lb | 100 | $  26.48 | $  2,648.00 |

### INKS- PMS

| | Avg.Price per lb | Estimated #'s on shelf | |
|---|---|---|---|
| Precision Ink | $  8.00 | 150.00 | $  1,200.00 |
| Multiple suppliers | Over a year on shelf considered obsolete | | $  - |

### BLANKETS & ROLLERS

| | | | |
|---|---|---|---|
| BLANKETS for MITSI PRESS (from Printers Service) | $  125.00 | 12.00 | $  1,500.00 |
| ROLLERS for Mitsi Press - Refurbished by A-Corn Roller | $  288.00 | 14.00 | $  4,032.00 |
| Water Rollers | 6 | | |
| Ink Distributors | 8 | | |
| | 14 | | $  20,966.68 |

Keep B/S at same level through out year as long as    **$  17,099.69**
no significant variance.  Reconcile at Year End.       $  (3,866.99)

Inventory Counted by:        Mike C.

Verified by:                 LJB

## STICKS N SKINS BOOKS - 400 EXTRA PRINTED - CUSTOMER DID NOT PAY FOR- INVENTORIED AT COST OF BINDING $4,325.50

Inventory Month End
April-11

| Size Sheet | Type | | Price/ m | Qty in m | Inventory Value | |
|---|---|---|---|---|---|---|
| 25x38 | 80# Gloss Cover | $ | 175.20 | 3.00 | $ | 525.60 Case Paper 3/11 |
| 25x38 | 24ptc2s | $ | 400.00 | 1.00 | $ | 400.00 Estimate |
| 25x38 | 80# U Gloss Text | $ | 88.00 | 22.00 | $ | 1,936.00 |
| 25x38 | 10pt.c1s | $ | 140.00 | 2.50 | $ | 350.00 Estimate |
| 25x38 | 18ptc1s Nordic | $ | 280.00 | 4.00 | $ | 1,120.00 Estimate |
| | | | | | | |
| 24x36 | 80# Gloss Text | $ | 83.22 | 118.00 | $ | 9,819.96 Unisource Pricing 4/11 |
| 24x36 | 80# Gloss Cover | $ | 150.00 | 6.20 | $ | 930.00 |
| 24x36 | 100# Gloss Text | $ | 102.00 | 17.00 | $ | 1,734.00 Unisource Pricing 3/11 |
| 24x36 | 80# Silk Cover | $ | 138.19 | 2.00 | $ | 276.38 |
| 24x36 | 80# Dull/Velvet Text | $ | 97.09 | 1.50 | $ | 145.64 |
| 24x36 | 60# Husky Offset | $ | 64.00 | 5.50 | $ | 352.00 |
| | | | | | | |
| 19x25 | 65# Fortune Matte Cover ($126.08) | $ | 73.78 | 9.60 | $ | 708.29 |
| 19x25 | 80# Gloss Cover | $ | 87.60 | 9.00 | $ | 788.40 Case Paper 4/11 |
| | | | | | | |
| 23x38 | 50# Matte | $ | 58.19 | 1.00 | $ | 58.19 Countrywide 10/10 |
| | | | | | | |
| 23x35 | 100# Starbrite Opaque Text | $ | 130.13 | 40.00 | $ | 5,205.20 Unisource Pricing 4/11 |
| 23x35 | 50# 97BR Soporset Prem Opaque offset | $ | 50.10 | 1.00 | $ | 50.10 Unisource 12/10 |
| 23x35 | 70# gloss text | $ | 60.10 | 13.00 | $ | 781.24 |
| 23x35 | 70# Cougar | $ | 135.00 | 8.00 | $ | 1,080.00 |
| 23x35 | 80# dull text | $ | 76.15 | 3.50 | $ | 266.53 |
| 23x35 | 12ptc1s Nordic | $ | 228.22 | 1.00 | $ | 228.22 Unisource 1/11 |
| | | | | | | |
| 23.5 x 36 | 18ptc1s | $ | 300.00 | 3.40 | $ | 1,020.00 Estimate |
| | | | | | | |
| 23x40 | 80# Knightkote Cover | $ | 200.93 | 4.00 | $ | 803.72 |
| | | | | | | |
| 23 x 39.12 | 9ptc1s | $ | 170.00 | 3.60 | $ | 612.00 |
| | | | | | | |
| 28x40 | 80# Gloss Text | $ | 107.73 | 18.00 | $ | 1,939.14 Unisource Pricing 4/11 |
| 28x40 | 80# Gloss Cover | $ | 206.40 | 55.00 | $ | 11,352.00 Case Paper 3/11 |
| 28x40 | 10ptc2s Tango | $ | 307.73 | 2.20 | $ | 677.01 |
| | | | | | | |
| 26x40 | 12ptc1s Nordic | $ | 295.26 | 0.80 | $ | 236.21 Unisource Pricing 3/29/11 |
| | | | | | | |
| 37x21 | 80#c1s | $ | 74.63 | 22.00 | $ | 1,641.86 Countrywide 11/10 |

| Wide-Format & Digital Paper in inventory | Immaterial | $ | - | Depleted Inventory |
|---|---|---|---|---|

Inventory Counted by: MIKE C

**TOTAL VALUE   $ 45,037.67**

Verified by:   LJB

**B6D (Official Form 6D) (12/07)**

In re    **Wyka L.L.C.**                              ,    Case No. _____

                       Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **First Midwest Bank** <br> **8501 W. Higgins Rd, Ste. 230** <br> **Chicago, IL 60631** | | - | **Blanket Lien Upon All Assets** <br><br> **First Midwest Bank 8501 W.Higgins Rd., Ste. 230, Chicago, IL 60631** <br><br> Value $      **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. **xxxxx7819** <br><br> **First Midwest Bank** <br> **8501 W. Higgins Rd, Ste. 230** <br> **Chicago, IL 60631** | X | - | **As of 4/30/2011** <br><br><br> Value $      **228,737.00** | | | | **270,000.00** | **41,263.00** |
| Account No. <br><br> **First Midwest Bank** <br> **8501 W. Higgins Rd, Ste. 230** <br> **Chicago, IL 60631** | | - | **Blanket Lien Upon All Assets** <br><br> **Location: 1515 S. Mount Prospect Road, Des Plaines IL 60018 see attached list** <br><br> Value $      **7,500.00** | | | | **Unknown** | **Unknown** |
| Account No. <br><br> **First Midwest Bank** <br> **8501 W. Higgins Rd, Ste. 230** <br> **Chicago, IL 60631** | | - | **Blanket Lien Upon All Assets** <br><br> **Location: 1515 S. Mount Prospect Road, Des Plaines IL 60018 see attached list** <br><br> Value $      **759,270.00** | | | | **Unknown** | **Unknown** |

   **2**    continuation sheets attached

Subtotal      **270,000.00**      **41,263.00**
(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re   **Wyka L.L.C.** _____,   Case No. _____

                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Blanket Lien Upon All Assets | | | | | |
| **First Midwest Bank**<br>**8501 W. Higgins Rd, Ste. 230**<br>**Chicago, IL 60631** | - | | **Location: 1515 S. Mount Prospect Road, Des Plaines IL 60018 see attached list** | | | | | |
| | | | Value $           **66,462.86** | | | | **Unknown** | **Unknown** |
| Account No. | | | Purchase Money Security | | | | | |
| **FUJIFILM North America Corp.**<br>**850 Central Ave.**<br>**Hanover Park, IL 60133** | - | | **Fuji Javelin 8600S Manual Thermal CTP Solution, Fujifilm Workflow XMF Complete 8up Bundle, Fujifilm Custom Plate Curve Development** | | | | | |
| | | | Value $           **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. xxxxxx8001 | | | Purchase Money Security | | | | | |
| **GE Capital**<br>**P.O. Box 740425**<br>**Atlanta, GA 30374-0425** | - | | **Xerox 4595 B&W**<br>**Location: 1515 S. Mount Prospect Road, Des Plaines IL 60018** | | X | X | | |
| | | | Value $           **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. xxxxxx8002 | | | Purchase Money Security | | | | | |
| **GE Capital**<br>**P.O. Box 740425**<br>**Atlanta, GA 30374-0425** | - | | **Xerox 7000AP Digital Press**<br>**Location: 1515 S. Mount Prospect Road, Des Plaines IL 60018** | | | X | | |
| | | | Value $           **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | Purchase Money Security | | | | | |
| **MLP U.S.A., INC.**<br>**600 Barclay Blvd.**<br>**Lincolnshire, IL 60069** | - | | **2009 Mitsubishi Diamond 3000S-6-13** | X | X | X | | |
| | | | Value $           **Unknown** | | | | **1,600,000.00** | **Unknown** |

Sheet  **1**   of  **2**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | 1,600,000.00 | 0.00 |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    **Wyka L.L.C.**                                                    ,        Case No. _____
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xxx3-001**<br><br>**People's Capital & Leasing Corp.**<br>**255 Bank St., 4th Flr.**<br>**Waterbury, CT 06702** | - | | | | **Purchase Money Security**<br><br>**2007 Mitsubishi Press**<br>**Location: 1515 S. Mount Prospect Road, Des Plaines IL 60018**<br><br>Value $           **Unknown** | | | X | **1,133,333.00** | **Unknown** |
| Account No. **1753**<br><br>**People's Capital & Leasing Corp.**<br>**255 Bank St., 4th Flr.**<br>**Waterbury, CT 06702** | - | | | | **Purchase Money Security**<br>**1998 MBO T65 - 4/4/4 folder**<br>**1980 Harris 56Z saddle binder**<br>**2007 Mimaki JV33-160**<br>**2007 Titan 64" laminator**<br>**2007 Mimaki plotter**<br>**2007 server**<br>Value $           **23,150.00** | | | | **39,963.00** | **16,813.00** |
| Account No.<br><br><br><br><br> | | | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | | | <br><br><br><br>Value $ | | | | | |

| | | |
|---|---|---|
| Sheet __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal<br>(Total of this page) | **1,173,296.00** \| **16,813.00** |
| | Total<br>(Report on Summary of Schedules) | **3,043,296.00** \| **58,076.00** |

B6E (Official Form 6E) (4/10)

.

In re  **Wyka L.L.C.**                                                          ,                    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____   continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Wyka L.L.C.**                                                      ,          Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | **940 and 941 taxes** | | | | | | |
| **Illinois Dept. Employment Security PO Box 803412 Chicago, IL 60680-3412** | - | | | | | | 13,197.49 | | 13,197.49 |
| | | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 13,197.49 | 13,197.49 |
|---|---|---|---|
| | | | 0.00 |
| | Total (Report on Summary of Schedules) | 13,197.49 | 13,197.49 |
| | | | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Wyka L.L.C.** ,                              Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**A-1 Air Compressor Corp**<br>**7139 Momentum Place**<br>**Chicago, IL 60689-5371** | | - | Trade debt | | | | 307.70 |
| Account No.<br><br>**A-Bec Electric**<br>**253 Marion Court**<br>**Bensenville, IL 60106-2567** | | | Trade debt | | | | 225.00 |
| Account No.<br><br>**A-Korn Roller, Inc.**<br>**3545 S. Morgan Street**<br>**Chicago, IL 60609** | | - | Trade debt | | | | 834.59 |
| Account No.<br><br>**ACTEGA Kelstar, Inc.**<br>**950 S. Chester Ave.☐**<br>**Bldg. B2, Accounts Receivable**<br>**Delran, NJ 08075** | | - | Trade debt | | | | 3,275.80 |

__12__  continuation sheets attached

Subtotal
(Total of this page)                    **4,643.09**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Wyka L.L.C.**_____,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xNU07** | | | | | Trade debt | | | | |
| **Aflac** **Worldwide Headquarters** **1932 Wynnton Road** **Columbus, GA 31999** | - | | | | | | | | 635.16 |
| Account No. | | | | | Trade debt | | | | |
| **Allstate Printing** **620 Bennett Road** **Elk Grove Village, IL 60007** | - | | | | | | | | 415.00 |
| Account No. | | | | | Professional Fees | | | | |
| **American Arbitration Association** **1633 Broadway** **10th Floor** **New York, NY 10019** | - | | | | | | | | 3,562.50 |
| Account No. | | | | | Trade debt | | | | |
| **American First Aid Services, Inc** **784 Church Road** **Elgin, IL 60123** | - | | | | | | | | 1,641.61 |
| Account No. | | | | | Trade debt | | | | |
| **American Overhead Door, Inc.** **2125 Hammond Drive** **Schaumburg, IL 60173** | - | | | | | | | | 1,131.63 |

Sheet no. __1___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,385.90

B6F (Official Form 6F) (12/07) - Cont.

In re　**Wyka L.L.C.** _____ ,　Case No. _____
　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Arlyne Wyka & Frank Wyka<br>4509 N. Orange Ave.<br>Norridge, IL 60706** | - | | | 1/2005-current<br>**working capital loan** | | | | 49,500.00 |
| Account No.<br><br>**Barefoot Enterprises of Wisconsin<br>S37 W22224 Crestview Drive<br>Waukesha, WI 53189** | - | | | Trade debt | | | | 1,421.58 |
| Account No.<br><br>**Buckeridge Door Co., Inc.<br>15 East University Dr.<br>Arlington Heights, IL 60004-1871** | - | | | Trade debt | | | | 1,020.71 |
| Account No.<br><br>**Butler Products Corp.<br>1550 N. Northwest Hwy☐<br>Suite 108-D<br>Park Ridge, IL 60068** | - | | | lease of real estate | | | | 10,633.83 |
| Account No.<br><br>**Case Paper Co. Inc.<br>900 W. 45TH STREET<br>Chicago, IL 60609** | - | | | Trade debt | | | | 14,576.57 |

Sheet no. __2__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

77,152.69

B6F (Official Form 6F) (12/07) - Cont.

In re __**Wyka L.L.C.**_____,                    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cintas #22**<br>**1025 National Parkway**<br>**Schaumburg, IL 60173** | | - | **Trade debt** | | | | 1,753.09 |
| Account No.<br><br>**Climatemp Service Group, LLC**<br>**2315 Gardner Rd**<br>**Broadview, IL 60155-3745** | | - | **Trade debt** | | | | 642.00 |
| Account No. **xxxx xx xxx xxx0462**<br><br>**Comcast**<br>**350 N Wolf Road**<br>**Mount Prospect, IL 60056** | | - | | | | | 381.33 |
| Account No. **x-xx-xxxx / xx_x0211**<br><br>**Constellation NewEnergy, Inc.**<br>**14217 Collections Center Dr.**<br>**Chicago, IL 60693** | | - | **utility** | | | | 5,174.25 |
| Account No.<br><br>**Countrywide Paper Inc.**<br>**10955 Ashton Lane**<br>**Orland Park, IL 60467** | | - | **Trade debt** | | | | 26,542.40 |

Sheet no. __**3**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**34,493.07**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wyka L.L.C.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Eagle Ridge Paper Ltd. Chinatrust Commercial Bank 366 Madison Ave., 3rd Floor New York, NY 10017 | - | | | | | | 8,588.09 |
| Account No. | | | Trade debt | | | | |
| FOREST ENVELOPE CO. 1958 University Lane Lisle, IL 60532 | - | | | | | | 2,830.33 |
| Account No. | | | Trade debt | | | | |
| Frankenstitch Promotions, LLC 804 Seton Court Wheeling, IL 60090 | - | | | | | | 175.00 |
| Account No. | | | Trade debt | | | | |
| FUJIFILM North America Corp. Dept. CH 10764 Palatine, IL 60055-0764 | - | | | | | | 44,651.85 |
| Account No. | | | Trade debt | | | | |
| Grafix LP 8340 S. Madison Suite 70 Burr Ridge, IL 60527 | - | | | | | | 5,176.21 |

Sheet no. __4___ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                61,421.48

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wyka L.L.C.** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| Grafsolve Company PO Box 1185 Northbrook, IL 60065-1185 | - | | | | | | | | 5,785.02 |
| Account No. | | | | | Trade debt | | | | |
| Grainger DEPT. 820054765 Palatine, IL 60038-0001 | - | | | | | | | | 564.89 |
| Account No. xx4464 | | | | | installment contract | | | | |
| Healthcare Service Corp. P.O. Box 1186 Chicago, IL 60690-1186 | - | | | | | | | | 3,191.24 |
| Account No. | | | | | Professional Fees | | | | |
| Horwood Marcus & Berk Chartered 500 W. Madison Street☐ Suite 3700 Chicago, IL 60661 | - | | | | | | | | 12,696.59 |
| Account No. | | | | | Professional Fees | | | | |
| Huck Bouma PC 1755 S. Naperville Rd., Suite 200 Wheaton, IL 60187 | - | | | | | | | | 137.00 |

Sheet no. __5___ of __12__ sheets attached to Schedule of                              Subtotal                           
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)       22,374.74

B6F (Official Form 6F) (12/07) - Cont.

In re     **Wyka L.L.C.**                                                              ,          Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx8-001**<br><br>Humana<br>P.O. Box 0884<br>Carol Stream, IL 60132-0884 | - | | | installment contract | | | | 156.38 |
| Account No.<br><br>Hydra-Vac<br>35991 Highway 21<br>North Gurnee, IL 60031 | - | | | Trade debt | | | | 1,678.00 |
| Account No.<br><br>IBE- USA Management Consultants<br>500 Office Center Drive Suite 400<br>Fort Washington, PA 19034 | - | | | Professional Fees | | | | 4,565.00 |
| Account No.<br><br>Industrial Scale Inc.<br>S 81 W 19077 Apollo Drive<br>Muskego, WI 53150 | - | | | Trade debt | | | | 210.00 |
| Account No.<br><br>International Label & Printing<br>2550 United Lane<br>Elk Grove Village, IL 60007 | - | | | Trade debt | | | | 491.40 |

Sheet no. __6__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,100.78

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wyka L.L.C.**                                                                    ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Jan-Pro Cleaning Systems**<br>**16W241 S. Frontage Rd., STE 33**<br>**Burr Ridge, IL 60527** | - | | | **Trade debt** | | | | 640.00 |
| Account No.<br><br>**Ken Wyka**<br>**1249 Diane Lane**<br>**Elk Grove Village, IL 60007** | - | | | **1/2005-current**<br>**working capital loan** | | | | 100,315.00 |
| Account No.<br><br>**Labor Network**<br>**565 Dundee Ave.**<br>**Elgin, IL 60120** | - | | | **Trade debt** | | | | 2,571.03 |
| Account No.<br><br>**Larae J. Breitenstein**<br>**1582 W. North St.**<br>**Palatine, IL 60067** | - | | | **1/2005-current**<br>**working capital loan, paid Suppliers Direct on**<br>**behalf of Edison** | | | | 287,298.00 |
| Account No.<br><br>**Larsen Packaging Prducts, Inc.**<br>**419 Village Drive**<br>**Carol Stream, IL 60188** | - | | | **Trade debt** | | | | 2,986.25 |

Sheet no. __7__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

393,810.28

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wyka L.L.C.**                                                                    ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Marlow & Sons 1809 Dexter Lane Des Plaines, IL 60018 | - | | | | | | | 300.00 |
| Account No. | | | | Trade debt | | | | |
| Maxwell Express, Inc. P.O. Box 318 Medinah, IL 60157 | - | | | | | | | 29,935.98 |
| Account No. | | | | Trade debt   Subject to setoff. | X | X | | |
| Mitsubishi P.O. Box 96317 Chicago, IL 60693 | - | | | | | | | 17.01 |
| Account No. | | | | utility | X | | | |
| Nicor Gas P.O. Box 0632 Aurora, IL 60507-0632 | - | | | | | | | Unknown |
| Account No. | | | | Equipment Lease | | | | |
| PHSI Pure Water Finance P.O. Box 404582 Atlanta, GA 30384-4582 | - | | | | | | | 221.63 |

Sheet no. __8___ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                 30,474.62

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wyka L.L.C.**                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pitney Bowes**<br>**PO Box 856460**<br>**Louisville, KY 40285** | - | | **Equipment Lease** | | | | 161.00 |
| Account No.<br><br>**Precision Ink Corp**<br>**151 Stanley Street**<br>**Elk Grove Village, IL 60007** | - | | **Trade debt** | | | | 10,455.48 |
| Account No.<br><br>**Quigley's Lawn & Snow, Inc.**<br>**P.O. Box 1696**<br>**Elk Grove Village, IL 60009-1696** | - | | **Trade debt** | | | | 160.00 |
| Account No.<br><br>**Quill**<br>**P.O. Box 94081**<br>**Palatine, IL 60094-4081** | - | | **Trade debt** | | | | 496.58 |
| Account No.<br><br>**Rich Wyka**<br>**685 Cutler Lane**<br>**Elk Grove Village, IL 60007** | - | | **1/2005-current working capital loan** | | | | 59,156.00 |

Sheet no. __9__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

70,429.06

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wyka L.L.C.**                                                            ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Credit card | | | | |
| Sam's Club Discover P.O. BOX 960016 Orlando, FL 32896-0016 | X | - | | | | | | | 16,422.44 |
| Account No. | | | | | Trade debt | | | | |
| Schiele Graphics 1880 Busse Road Elk Grove Village, IL 60007 | | - | | | | | | | 6,200.00 |
| Account No. | | | | | Trade debt | | | | |
| Smart, Inc. 41W584 U.S. Highway 20 Hampshire, IL 60140 | | - | | | | | | | 3,175.28 |
| Account No. | | | | | Trade debt | | | | |
| Sprint Sprint Customer Service PO box 8077 LONDON, KY 40742 | | - | | | | | | | 425.12 |
| Account No. | | | | | Trade debt | | | | |
| Sterling Electro-Mechanical Svc. 6709 Western Ave. Darien, IL 60561 | | - | | | | | | | 282.40 |

Sheet no. __10__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      26,505.24

B6F (Official Form 6F) (12/07) - Cont.

In re   **Wyka L.L.C.** _____ ,   Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **Strategic Ink Solutions, LLC** **2420 Oakton, Unit W** **Arlington Heights, IL 60005** | - | | | | | | | 643.16 |
| Account No. | | | | Trade debt | | | | |
| **Uline** **2200 S. Lakeside Drive** **Attn: Accounts Receivable** **Waukegan, IL 60085** | - | | | | | | | 113.70 |
| Account No. | | | | Trade debt | | | | |
| **Unisource** **7472 Collection Center Drive** **Chicago, IL 60693** | - | | | | | | | 25,268.33 |
| Account No. | | | | Trade debt | | | | |
| **UPS** **LOCKBOX 577** **Carol Stream, IL 60132-0577** | - | | | | | | | 929.89 |
| Account No. | | | | Trade debt | | | | |
| **VEOLIA ES SOLID WASTE MIDWEST, INC.** **P.O. Box 6484** **Carol Stream, IL 60197-6484** | - | | | | | | | 196.78 |

| | | |
|---|---|---|
| Sheet no. _11_ of _12_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 27,151.86 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Wyka L.L.C.** _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Xerox Corporation**<br>**P.O. Box 802555**<br>**Chicago, IL 60680-2555** | - | | | **Equipment Lease** | | | | **14,277.38** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __12__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal<br>(Total of this page) | **14,277.38** |
| | Total<br>(Report on Summary of Schedules) | **777,220.19** |

B6G (Official Form 6G) (12/07)

.

In re    **Wyka L.L.C.**_____,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Butler Products Corp.**<br>**1550 N. Northwest Hwy**<br>**Suite 108-D**<br>**Park Ridge, IL 60068** | **commerical real estate 1515 S. Mt. Prospect Rd.,**<br>**Des Plaines IL 60018.  March 2015 expiration.**<br>**triple net. $10,633.83/month.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Wyka L.L.C.** _____ ,   Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ken Wyka** | **Sam's Club Discover**<br>**P.O. BOX 960016**<br>**Orlando, FL 32896-0016** |
| **Ken Wyke** | **First Midwest Bank**<br>**8501 W. Higgins Rd, Ste. 230**<br>**Chicago, IL 60631** |
| **Larae J. Breitenstein** | **First Midwest Bank**<br>**8501 W. Higgins Rd, Ste. 230**<br>**Chicago, IL 60631** |
| **Richard Wyke** | **First Midwest Bank**<br>**8501 W. Higgins Rd, Ste. 230**<br>**Chicago, IL 60631** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Wyka L.L.C.**

Debtor(s)

Case No.

Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **40**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 19, 2011**

Signature   **/s/ Larae J. Breitenstein**

**Larae J. Breitenstein**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Wyka L.L.C.__  Case No. _____
_____  Chapter __11__
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $850,279.00 | 2011 YTD: Edison Press |
| $3,256,785.00 | 2010: Edison Press |
| $3,423,534.00 | 2009: Edison Press |

---

**2. Income other than from employment or operation of business**

None ■   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT   SOURCE

### 3. Payments to creditors

None
■

**Complete a. or b., as appropriate, and c.**

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **see attached list** | | **$0.00** | **$0.00** |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **see attached list** | | **$0.00** | **$0.00** |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **10 M1 122475** | **Collection** | **Circuit Court of Cook County** | **Judgment** |
| **06 M1 176222** | **Contract** | **Circuit Court of Cook County** | **Settled** |
| **50143T0059310** | **Contract** | **American Arbitration Assoc. Chicago IL** | **Pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5.  Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None
☐
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **National Multiple Schlerosis Society** | | **7/28/10** | **$500.00** |
| **Almost Home Foundation** | **sister-in-law is president** | **12/4/10** | **$450.00** |

**8.  Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Golding Law Offices, PC 500 North Dearborn Street Second Floor Chicago, IL 60610-4900** | **1/26/11** | **$5000.00** |
| **The Golding Law Offices, PC 500 North Dearborn Street Second Floor Chicago, IL 60610-4900** | **5/5/11** | **$15,000.00** |
| **The Golding Law Offices, PC 500 North Dearborn Street Second Floor Chicago, IL 60610-4900** | **5/5/11** | **$1,039 filing fee** |
| **The Golding Law Offices, PC 500 North Dearborn Street Second Floor Chicago, IL 60610-4900** | **5/18/11** | **$5000.00** |

### 10. Other transfers

None ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **MM Litho Sales & Service 1807 Industrial Drive Libertyville, IL 60048** | **10/5/10** | **ManRoland 606 6 Color Press Serial # 7243 $46,000.00** |

None ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **FOREST ENVELOPE CO.**<br>**1958 University Lane**<br>**Lisle, IL 60532** | **$12,107.26** | **2/21/11** |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Larae J. Breitenstein** | **4/1998-present** |
| **1515 S. Mt. Prospect Rd.** | |
| **Des Plaines, IL 60018** | |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Larae J. Breitenstein** | **1515 S. Mt. Prospect Rd.**<br>**Des Plaines, IL 60018** | **4/1998-present** |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Larae J. Breitenstein** | **1515 S. Mt. Prospect Rd.**<br>**Des Plaines, IL 60018** |
| **IBE-USA** | **500 Office Center Drive, Ste. 400**<br>**Fort Washington, PA 19034** |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **First Midwest Bank**<br>**8501 W. Higgins Rd, Ste. 230**<br>**Chicago, IL 60631** | **4/2011** |
| **People's Capital & Leasing Corp.**<br>**255 Bank St., 4th Flr.**<br>**Waterbury, CT 06702** | **4/2011** |

---

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **4/1/11** | **Larae J. Breitenstein** | **$48,695 cost** |
| **5/2/11** | **Larae J. Breitenstein** | **$66,462 cost** |

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **4/1/11** | **Larae J. Breitenstein**<br>**1515 S. Mt. Prospect Rd.**<br>**Des Plaines, IL 60018** |
| **5/2/11** | **Larae J. Breitenstein**<br>**1515 S. Mt. Prospect Rd.**<br>**Des Plaines, IL 60018** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

8

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Larae J. Breitenstein**<br>**1582 W. North St.**<br>**Palatine, IL 60067** | **Member/Manager & President** | **51% member** |
| **Richard J. Wyka**<br>**685 Cutter Lane**<br>**Elk Grove Village, IL 60007** | **Member & Vice President** | **24.5% member** |
| **Kenneth M. Wyka**<br>**1249 Diane Lane**<br>**Elk Grove Village, IL 60007** | **Member & Production Manager** | **24.5% member** |

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Larae J. Breitenstein**<br><br>**Member/Manager & President** | **1/1/11-4/16/11 payroll** | **$26,052** |
| **Kenneth M. Wyka**<br><br>**Member & Vice President** | **1/1/11-4/16/11 payroll** | **$22,400** |
| **Richard J. Wyka**<br><br>**Member & Production Manager** | **1/1/11-4/16/11 payroll** | **$26,052** |
| **Larae J. Breitenstein**<br><br>**Member/Manager & President** | **2010 payroll** | **$94,952** |
| **Kenneth M. Wyka**<br><br>**Member & Vice President** | **2010 payroll** | **$72,800** |
| **Richard J. Wyka**<br><br>**Member & Production Manager** | **2010 Payroll** | **$94,952** |

**see attached**

9

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __**May 19, 2011**_____          Signature    **/s/ Larae J. Breitenstein**_____
                                                        **Larae J. Breitenstein**
                                                        **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# EDISON GRAPHICS
## Bill Payment List
January 26 - May 18, 2011

Back-up for Questionnaire: Page 15 b. Creditors paid more than $5,000 in a 90 day period.

| Date | Num | Vendor | Address | Amount | Amount Still Owed | |
|------|-----|--------|---------|--------|-------------------|---|
| 03/21/2011 | 17384 | Butler Products Corp. | | -9,875.20 | | |
| 03/31/2011 | 17451 | Butler Products Corp. | | -9,875.20 | | |
| 5/10/2011 | 17527 | Butler Products Corp. | | -10,633.30 | | |
| | | Butler Products Corp. Total | 1550 Northwest Hwy Suite 108D  Park Ridge, IL 60068  847-299-2244 | -30,383.70 | $ 10,633.83 | Landlord- May Rent |
| 02/09/2011 | 17282 | Case Paper Co. Inc. | | -3,000.00 | | |
| 02/25/2011 | 17311 | Case Paper Co. Inc. | | -7,280.70 | | |
| 03/15/2011 | 17379 | Case Paper Co. Inc. | | -4,046.11 | | |
| 5/10/2011 | 17525 | Case Paper Co. Inc. | | -2,070.23 | | |
| 5/17/2011 | 17542 | Case Paper Co. Inc. | | -1,500.00 | | |
| | | Case Paper Co. Inc. Total | 900 W. 45th Street  Chicago, IL 60609  773-927-4151 | -17,896.04 | $ 12,477.84 | |
| 02/28/2011 | 17320 | Constellation NewEnergy, Inc. | | -5,572.37 | | |
| 04/04/2011 | 17418 | Constellation NewEnergy, Inc. | | -10,098.35 | | |
| | | Constellation NewEnergy, Inc. Total | 14217 Collections Center  Chicago, IL 60693  888-635-0827 | -15,670.72 | $ 10,221.75 | Electric Bill |
| 02/04/2011 | 17236 | Countrywide Paper Inc. | | -7,236.95 | | |
| 02/22/2011 | 17272 | Countrywide Paper Inc. | | -5,819.57 | | |
| 03/03/2011 | 17346 | Countrywide Paper Inc. | | -7,217.72 | | |
| 03/11/2011 | 17369 | Countrywide Paper Inc. | | -17,000.00 | | |
| 04/05/2011 | 17428 | Countrywide Paper Inc. | | -5,180.88 | | |
| | | Countrywide Paper Inc. Total | 10965 Ashton Lane  Orland Park, IL 60467  708-226-9505 | -42,154.22 | $ 26,542.40 | |
| 02/04/2011 | 17231 | FUJIFILM North America Corp. | | -4,716.44 | | |
| 02/23/2011 | 17273 | FUJIFILM North America Corp. | | -7,629.70 | | |
| 03/02/2011 | 17342 | FUJIFILM North America Corp. | | -6,424.72 | | |
| 03/21/2011 | 17383 | FUJIFILM North America Corp. | | -5,306.91 | | |
| 03/29/2011 | 17412 | FUJIFILM North America Corp. | | -8,725.10 | | |
| 04/12/2011 | 17462 | FUJIFILM North America Corp. | | -8,476.89 | | |
| 04/25/2011 | 17464 | FUJIFILM North America Corp. | | -4,937.02 | | |
| 04/29/2011 | 17485 | FUJIFILM North America Corp. | | -3,545.76 | | |
| 5/4/2011 | 17503 | FUJIFILM North America Corp. | | -5,998.28 | | |
| 5/16/2011 | 17534 | FUJIFILM North America Corp. | | -2,883.48 | | |
| 5/18/2011 | 17568 | FUJIFILM North America Corp. | | -2,883.48 | | |
| | | FUJIFILM North America Corp. Total | 850  Central Ave  Hanover Park, IL 60133  800-621-1049 | -57,509.78 | $ 44,651.85 | |
| 02/04/2011 | 17243 | Healthcare Service Corporation | | -5,344.52 | | |
| 02/28/2011 | 17323 | Healthcare Service Corporation | | -5,344.52 | | |
| 04/04/2011 | 17420 | Healthcare Service Corporation | | -4,271.09 | | |
| 4/28/2011 | 17493 | Healthcare Service Corporation | | -117.98 | | |
| | | Healthcare Service Corporation Total | BC/BS of IL.  PO Box 1186  Chicago, IL 60690  800-414-7147 | -15,078.11 | $ - | Health Ins. |
| 02/24/2011 | 17307 | Precision Ink Corp | | -5,484.83 | | |
| 04/07/2011 | 17444 | Precision Ink Corp | | -6,778.28 | | |
| 5/16/2011 | 17535 | Precision Ink Corp | | -2,501.26 | | |
| 5/17/2011 | 17565 | Precision Ink Corp | | -4,297.73 | | |
| | | IBE - USA Management Consultants | | -32,095.00 | $ 4,585.00 | |
| 2/22/2011 | | IBE - USA Management Consultants | | -14,980.00 | | |
| 2/28/2011 | | IBE - USA Management Consultants | | -12,480.00 | | |
| 3/7/2011 | | IBE - USA Management Consultants | | -4,605.00 | | |
| | | Precision Ink Corp Total | 161 Stanley Street  Elk Grove, IL 60007  847-952-1500 | -19,061.90 | $ 4,183.49 | |
| 02/21/2011 | 17257 | Unisource - Chicago | | -5,500.00 | | |
| 03/02/2011 | 17345 | Unisource - Chicago | | -4,786.88 | | |
| 03/22/2011 | 17391 | Unisource - Chicago | | -5,889.57 | | |
| 04/01/2011 | 17416 | Unisource - Chicago | | -4,751.54 | | |
| 04/11/2011 | 17461 | Unisource - Chicago | | -4,125.97 | | |
| 04/14/2011 | 17466 | Unisource - Chicago | | -2,982.79 | | |
| 04/18/2011 | 17470 | Unisource - Chicago | | -3,948.18 | | |
| 03/07/2011 | Citi-MasterCard9548 | Unisource - Chicago | | -4,751.83 | | |
| 5/4/2011 | 17518 | Unisource - Chicago | | -1,500.00 | | |
| 5/17/2011 | 17557 | Unisource - Chicago | | -1,000.00 | | |
| | | Unisource - Chicago Total | 7472 Collection Center Drive  Chicago, IL 60693  800-323-9048 | -38,137.74 | $ 23,903.85 | |

FOREST ENVELOPE CO.  $12,107.26 of their invoices offset $12,107.26 of our invoices plus they gave us a check of $53141 for $10,690.74 to pay an additional $10,890.74 of their A/R balance with us.

| | | | | | | |
|------|-----|--------|---------|--------|-------------------|---|
| 02/21/2011 | Offset A/P with A/R | | 1958  University Lane  Lisle, IL 60532  630-515-1200 | 0.00 | $ 2,830.33 | |

| Date of Payments | Num | Name | Address of Creditor and Relationship to You | Memo/Description | Amount Paid | Amount Still Owed |
|---|---|---|---|---|---|---|
| 07/12/2010 | 16556 | Larae J. Breitenstein | 1582 W. North Street | Short term loan reimbursed | -30,000.00 | |
| 07/15/2010 | 16581 | Larae J. Breitenstein | Palatine, IL 60067 | Reimburse partial short term loan | -2,500.00 | |
| 10/04/2010 | 16785 | Larae J. Breitenstein | Relationship: Self | Reimburse partial short term loan | -15,000.00 | |
| 10/31/2010 | 17154 | Larae J. Breitenstein | | Reimburse expenses paid on behalf of Edison | -6,815.87 | |
| 11/30/2010 | 17155 | Larae J. Breitenstein | | Reimburse expenses paid on behalf of Edison | -16,214.67 | |
| 01/14/2011 | 17156 | Larae J. Breitenstein | | Reimburse expenses paid on behalf of Edison | -3,208.25 | |
| | | | | | $ (73,738.79) | $ 287,298.00 |
| | | | | | | |
| 05/12/2010 | 16363 | Steve Breitenstein | 1582 W. North Street | Short term loan reimbursed | -5,000.00 | |
| 10/01/2010 | 16784 | Steve Breitenstein | Palatine, IL 60067 | Reimburse Short Term Loan- from his 401k | -18,000.00 | |
| 02/01/2011 | 17223 | Steve Breitenstein | Relationship: Spouse | Partial Reimbursement Short Term Loan | -5,000.00 | |
| | | | | | $ (28,000.00) | same as above |
| | | | | | | |
| 07/06/2010 | 16541 | Richard Wyka | 685 Cutter Lane | LOC- Interest | -342.97 | |
| 07/30/2010 | 16626 | Richard Wyka | Elk Grove, IL 60007 | LOC- Interest | -168.66 | |
| 10/03/2010 | 16817 | Richard Wyka | Relationship: Part-owner | LOC- Interest | -224.28 | |
| 10/09/2010 | 16858 | Richard Wyka | | LOC- Interest | -342.90 | |
| 01/14/2011 | 17181 | Richard Wyka | | LOC- Interest | -516.99 | |
| 04/11/2011 | 17453 | Richard Wyka | | LOC- Interest | -331.51 | |
| | | | | | $ (1,927.31) | $ 59,156.00 |
| | | | | | | |
| 07/09/2010 | 16553 | Ken Wyka | 1249 Diane Lane | Interest/Prin on loan pymt - 2 months  June/July 2010 | -2,750.00 | |
| 10/03/2010 | 16807 | Ken Wyka | Elk Grove, IL 60007 | Interest/Prin on loan pymt - 2 months  Aug/Sept 2010 | -2,752.28 | |
| 10/09/2010 | 16855 | Ken Wyka | Relationship: Part-owner | Interest/Prin on loan pymt - 1 month Oct 2010 | -1,376.14 | |
| 11/19/2010 | 17003 | Ken Wyka | | Interest/Prin on loan pymt - 2 months Nov/Dec 2010 | -2,752.28 | |
| 01/14/2011 | 17182 | Ken Wyka | | Interest/Prin on loan pymt - 1 month Jan 2011 | -1,376.14 | |
| | | | | | $ (11,006.84) | $ 100,315.00 |

# United States Bankruptcy Court
## Northern District of Illinois

In re **Wyka L.L.C.**

Debtor(s)

Case No.

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 25,000.00 |
| Prior to the filing of this statement I have received | $ | 25,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **May 19, 2011**

**/s/ Richard N. Golding**
**Richard N. Golding 0992100**
**Law Offices of Richard N. Golding, PC**
**500 North Dearborn Street**
**Second Floor**
**Chicago, IL 60610-4900**
**(312) 832-7885  Fax: (312) 755-5720**
**RGOLDING@GOLDINGLAW.NET**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Wyka L.L.C.** ,
<div align="center">Debtor</div>

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **None** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**May 19, 2011**_____    Signature **/s/ Larae J. Breitenstein**_____
<div align="right">**Larae J. Breitenstein**<br>**President**</div>

   *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
<div align="center">18 U.S.C §§  152 and 3571.</div>

__**0**__ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Wyka L.L.C.**

Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   **69**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **May 19, 2011**

**/s/ Larae J. Breitenstein**

**Larae J. Breitenstein/President**
Signer/Title

A-1 Air Compressor Corp
7139 Momentum Place
Chicago, IL 60689-5371


A-Bec Electric
253 Marion Court
Bensenville, IL 60106-2567


A-Korn Roller, Inc.
3545 S. Morgan Street
Chicago, IL 60609


ACTEGA Kelstar, Inc.
950 S. Chester Ave.
Bldg. B2, Accounts Receivable
Delran, NJ 08075


Aflac
Worldwide Headquarters
1932 Wynnton Road
Columbus, GA 31999


Allstate Printing
620 Bennett Road
Elk Grove Village, IL 60007


American Arbitration Association
1633 Broadway
10th Floor
New York, NY 10019


American First Aid Services, Inc
784 Church Road
Elgin, IL 60123


American Overhead Door, Inc.
2125 Hammond Drive
Schaumburg, IL 60173


Arlyne Wyka & Frank Wyka
4509 N. Orange Ave.
Norridge, IL 60706

Barefoot Enterprises of Wisconsin
S37 W22224 Crestview Drive
Waukesha, WI 53189


Buckeridge Door Co., Inc.
15 East University Dr.
Arlington Heights, IL 60004-1871


Butler Products Corp.
1550 N. Northwest Hwy
Suite 108-D
Park Ridge, IL 60068


Case Paper Co. Inc.
900 W. 45TH STREET
Chicago, IL 60609


Cintas #22
1025 National Parkway
Schaumburg, IL 60173


Climatemp Service Group, LLC
2315 Gardner Rd
Broadview, IL 60155-3745


Comcast
350 N Wolf Road
Mount Prospect, IL 60056


Comcast
PO Box 3002
Southeastern, PA 19398-3002


Constellation NewEnergy, Inc.
14217 Collections Center Dr.
Chicago, IL 60693


Countrywide Paper Inc.
10955 Ashton Lane
Orland Park, IL 60467


Eagle Ridge Paper Ltd.
Chinatrust Commercial Bank
366 Madison Ave., 3rd Floor
New York, NY 10017

First Midwest Bank
8501 W. Higgins Rd, Ste. 230
Chicago, IL 60631


FOREST ENVELOPE CO.
1958 University Lane
Lisle, IL 60532


Frankenstitch Promotions, LLC
804 Seton Court
Wheeling, IL 60090


FUJIFILM North America Corp.
Dept. CH 10764
Palatine, IL 60055-0764


FUJIFILM North America Corp.
850 Central Ave.
Hanover Park, IL 60133


Gary D. Santella, Esq.
MFE&M Ltd.
203 N. LaSalle St., Ste. 2500
Addison, IL 60101-1262


GE Capital
P.O. Box 740425
Atlanta, GA 30374-0425


GE Capital
44 Old Ridgebury Rd.
Danbury, CT 06810


Grafix LP
8340 S. Madison
Suite 70
Burr Ridge, IL 60527


Grafsolve Company
PO Box 1185
Northbrook, IL 60065-1185


Grainger
DEPT. 820054765
Palatine, IL 60038-0001

Healthcare Service Corp.
P.O. Box 1186
Chicago, IL 60690-1186


Horwood Marcus & Berk Chartered
500 W. Madison Street
Suite 3700
Chicago, IL 60661


Huck Bouma PC
1755 S. Naperville Rd., Suite 200
Wheaton, IL 60187


Humana
P.O. Box 0884
Carol Stream, IL 60132-0884


Hydra-Vac
35991 Highway 21
North Gurnee, IL 60031


IBE- USA Management Consultants
500 Office Center Drive Suite 400
Fort Washington, PA 19034


Illinois Dept. Employment Security
PO Box 803412
Chicago, IL 60680-3412


Industrial Scale Inc.
S 81 W 19077 Apollo Drive
Muskego, WI 53150


International Label & Printing
2550 United Lane
Elk Grove Village, IL 60007


Jan-Pro Cleaning Systems
16W241 S. Frontage Rd., STE 33
Burr Ridge, IL 60527


Ken Wyka
1249 Diane Lane
Elk Grove Village, IL 60007

Labor Network
565 Dundee Ave.
Elgin, IL 60120


Larae J. Breitenstein
1582 W. North St.
Palatine, IL 60067


Larsen Packaging Prducts, Inc.
419 Village Drive
Carol Stream, IL 60188


Marlow & Sons
1809 Dexter Lane
Des Plaines, IL 60018


Maxwell Express, Inc.
P.O. Box 318
Medinah, IL 60157


Mitsubishi
P.O. Box 96317
Chicago, IL 60693


MLP U.S.A., INC.
600 Barclay Blvd.
Lincolnshire, IL 60069


Nicor Gas
P.O. Box 0632
Aurora, IL 60507-0632


People's Capital & Leasing Corp.
255 Bank St., 4th Flr.
Waterbury, CT 06702


PHSI Pure Water Finance
P.O. Box 404582
Atlanta, GA 30384-4582


Pitney Bowes
PO Box 856460
Louisville, KY 40285

Precision Ink Corp
151 Stanley Street
Elk Grove Village, IL 60007


Quigley's Lawn & Snow, Inc.
P.O. Box 1696
Elk Grove Village, IL 60009-1696


Quill
P.O. Box 94081
Palatine, IL 60094-4081


Rich Wyka
685 Cutler Lane
Elk Grove Village, IL 60007


Sam's Club Discover
P.O. BOX 960016
Orlando, FL 32896-0016


Schiele Graphics
1880 Busse Road
Elk Grove Village, IL 60007


Smart, Inc.
41W584 U.S. Highway 20
Hampshire, IL 60140


Sprint
Sprint Customer Service
PO box 8077
LONDON, KY 40742


Sterling Electro-Mechanical Svc.
6709 Western Ave.
Darien, IL 60561


Strategic Ink Solutions, LLC
2420 Oakton, Unit W
Arlington Heights, IL 60005


Uline
2200 S. Lakeside Drive
Attn: Accounts Receivable
Waukegan, IL 60085

```
Unisource
7472 Collection Center Drive
Chicago, IL 60693


UPS
LOCKBOX 577
Carol Stream, IL 60132-0577


VEOLIA ES SOLID WASTE MIDWEST, INC.
P.O. Box 6484
Carol Stream, IL 60197-6484


Xerox Corporation
P.O. Box 802555
Chicago, IL 60680-2555
```

# United States Bankruptcy Court
## Northern District of Illinois

In re __Wyka L.L.C.__                     Case No. _____

                                    Debtor(s)           Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Wyka L.L.C.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__May 19, 2011__                          **/s/ Richard N. Golding**

Date                                   **Richard N. Golding 0992100**

Signature of Attorney or Litigant
Counsel for   **Wyka L.L.C.**
**Law Offices of Richard N. Golding, PC**
**500 North Dearborn Street**
**Second Floor**
**Chicago, IL 60610-4900**
**(312) 832-7885 Fax:(312) 755-5720**
**RGOLDING@GOLDINGLAW.NET**