UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>WYKA LLC<br><br>FEIN 36-4219443<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  11-21374<br><br>Chapter: 11<br>Honorable Jacqueline Cox |

FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

The chapter case of the above-named debtor is closed; and

Any outstanding fees due and owing to the United States Trustee shall be paid within thirty days of the entry of this order.

Enter:

*Jacqueline P. Cox*
Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: JUL 17 2013

**Prepared by counsel of Movant:**

Jonathan D. Golding, Esq.
(ARDC# 6299876)
The Golding Law Offices, PC
500 N. Dearborn Street, 2nd Floor
Chicago, IL 60654
Tel: (312) 832-7885
Fax: (312) 755-5720
Email: rgolding@goldinglaw.net

Rev: 20101008_bko